# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MILES STEPHAN AXBERG,**<br><br>**Plaintiff,**<br><br>v.<br><br>**PATRICK EATON, et al.,**<br><br>**Defendants.** | CASE NO. 1:21-cv-00913-AWI-EPG (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION WITHOUT PREJUDICE FOR FAILURE TO EXHAUST<br><br>(Doc. No. 8) |

Plaintiff Miles Stephan Axberg is a state prisoner proceeding pro se in this civil rights action filed pursuant to 42 U.S.C. § 1983. The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Eastern District of California Local Rule 302.

On July 29, 2021, the assigned magistrate judge issued findings and recommendations, recommending that this action be dismissed, without prejudice, because Plaintiff failed to exhaust his administrative remedies, and that Plaintiff's application to proceed in forma pauperis be denied as moot. Doc. No. 8. The magistrate judge concluded that it is clear from the face of the complaint that Plaintiff failed to exhaust his administrative remedies prior to initiating this action, as required by the Prison Litigation Reform Act. Id. at 4. Those findings and recommendations were served on Plaintiff and contained notice that any objections thereto were to be filed within fourteen days after being served. Id. at 5–6. To date, no objections to the findings and recommendations have been filed with the Court, and the time in which to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court concludes that

the findings and recommendations are supported by the record and by proper analysis.

**ORDER**

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (Doc. No. 8) that were issued on July 29, 2021, are ADOPTED in full;
2. This action is DISMISSED without prejudice for failure to exhaust administrative remedies prior to filings suit;
3. Plaintiff's application to proceed in forma pauperis (Doc. No. 2) is DENIED as moot; and
4. The Clerk of the Court shall CLOSE this case.

IT IS SO ORDERED.

Dated: August 24, 2021

SENIOR DISTRICT JUDGE